IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Boards of Trustees, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No. 2:03-cv-0902 |
| | : | |
| Akron Insulation & Supply, Inc., et al. | : | Judge Smith |
| | : | Magistrate Judge Kemp |
| Defendants. | : | |

**AGREED ORDER OF DISMISSAL**

Upon agreement of the parties, the within cause is hereby dismissed, with prejudice, as to all claims relating to fringe benefit contributions, liquidated damages and interest for the period January 2002 through December 2004. All remaining claims are dismissed without prejudice.

```
/s/ Terence P. Kemp
UNITED STATES MAGISTRATE JUDGE
```

APPROVED:


      s/Steven L. Ball
Steven L. Ball (0007186)
Ball & Tanoury
700 Ackerman Road – Suite 450
Columbus, OH  43202
(614) 447-8550
Trial Attorney for Plaintiffs


      s/Mark Chuparkoff
Mark Chuparkoff (0071982)
Earl, Warburton, Adams & Davis
136 W. Mound Street
Columbus OH   43215
(614) 464-2392
Trial Attorney for Defendants

- 1 -